**AFFIRM; and Opinion Filed May 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00403-CR

**HEATHER STORER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31208-S**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Heather Storer was convicted of fraudulent use or possession of fifty or more items of identifying information. *See* TEX. PENAL CODE ANN. § 32.51(b), (c)(4) (West Supp. 2013). The trial court initially sentenced appellant to eight years' imprisonment. We adopted the trial court's finding that, after appellant received shock probation, she no longer desired to pursue the appeal. We submitted the appeal without the reporter's record and briefs. Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130403F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HEATHER STORER, Appellant

No. 05-13-00403-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-31208-S.
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.


Judgment entered this 9th day of May, 2014.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE